**DeNITTIS OSEFCHEN PRINCE, P.C.**
Stephen P. DeNittis, Esq. (SD-0016)
525 Route 73 North, Suite 410
Marlton, New Jersey 08053
(856) 797-9951
sdenittis@denittislaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER WAGENHALS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>SCHWARTZ MAZDA; MAURICE SCHWARTZ & SONS, INC.; SCHWARTZ & SONS, INC.; and GOLD HORSE EXTENDED, LLC<br><br>Defendants. | Case No.: 3:17-cv-03198 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff Christopher Wagenhals, through his undersigned attorneys, hereby voluntarily dismisses his claims and this action against Defendants Schwartz Mazda, Maurice Schwartz & Sons, Inc., Schwartz & Sons, Inc. and Gold Horse Extended, LLC with prejudice and without costs.

Dated: November 14, 2017                **DeNITTIS OSEFCHEN & PRINCE, P.C.**
                                        Attorneys for Plaintiff

                         BY:   /s/ Stephen P. DeNittis
                               Stephen P. DeNittis (SD-0016)
                               525 Route 73 North, Suite 410
                               Marlton, NJ 08053
                               Telephone: (856) 797-9951
                               Facsimile: (856) 797-9978
                               sdenittis@denittislaw.com

1

**GIBBONS, P.C.**
Attorney for Defendants

By: /s/ Michael R. McDonald
Michael R. McDonald, Esquire
One Gateway Center
Newark, NJ 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
mmcdonald@gibbonslaw.com

So Ordered this 15th day
of November, 2017

Hon. Michael Shipp, USDJ

2